UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOSE TRUJILLO and TIMOTHY MARX,<br><br>                              Plaintiffs,<br><br>v.<br><br>SAELENS CORPORATION,<br><br>                              Defendant. | Case No. 13-CV-1096-JPS<br><br><br><br>ORDER |

      On September 27, 2013, plaintiffs Jose Trujillo ("Trujillo") and Timothy Marx ("Marx") filed suit on behalf of themselves and all similarly-situated employees of defendant Saelens Corporation ("Saelens"), asserting violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and Wisconsin state wage payment laws. (Docket #1). On November 19, 2013, plaintiffs filed the operative Amended Complaint. (Docket #12). On March 14, 2014, the court granted the parties' joint motion for conditional class certification and for class certification, designated Hawks Quindel S.C. as class counsel for the action, ordered that Trujillo and Marx serve as class representative, and preliminarily approved the parties' revised settlement agreement. (Docket #23). On May 15, 2014, the court held a fairness hearing on the settlement. (Docket #37).

      The matter comes before the court on the parties' motion for final approval of the settlement agreement, and on the plaintiffs' motion for attorneys' fees and costs. (Dockets #32, #25). The court will grant both motions, thus concluding this case.

      Accordingly,

IT IS ORDERED that the Parties' Joint Motion for Final Approval of Class Action Settlement (Docket #32) be and the same is hereby GRANTED;

IT IS FURTHER ORDERED that the Plaintiffs' Petition for Class Counsels' Costs and Attorneys' Fees in the requested amount of $17,095.22 (Docket #25) be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that this lawsuit be and the same is hereby DISMISSED with prejudice and without costs.

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 9th day of July, 2014.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge